STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    wistar.wilson@usdoj.gov

Attorneys for United States of America

**FILED**

Jan 17 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>IVAN ORNELAS-PIO (a.k.a: "Chino," "Tio," "Titi")<br><br>    Defendant. | ) CASE NO. **CR 23-70027-MAG**<br>)<br>) NOTICE OF PROCEEDINGS ON OUT-OF-<br>) DISTRICT CRIMINAL CHARGES PURSUANT TO<br>) RULES 5(c)(2) AND (3) OF THE FEDERAL<br>) RULES OF CRIMINAL PROCEDURE<br>)<br>)<br>)<br>) |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

that on    January 17, 2023    , the above-named defendant was arrested pursuant to an arrest warrant

(copy attached) issued upon an

    X    Indictment

    ☐    Information

    ☐    Criminal Complaint

    ☐    Other (describe) _____

pending in the   Southern   District of   Texas   , Case Number   7:23-CR-0051   .

    In that case (redacted copy of indictment attached), the defendant is charged with violations, on

v. 7/10/2018

various dates spanning from on or about March 2018 to on or about the date of the indictment, in the Southern District of Texas, of:

- Count 1: Title 21, United States Code, Sections 846, 841(a)(1) and 841(a)(b)(1)(A) – Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and 1 kilogram or more of a mixture or substance containing a detectable amount of heroin;

- Counts 2-15, 18, 19 & 21: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2 – Possession with intent to distribute specified quantities of various controlled substances (see attached);

- Counts 16 & 17: Title 18, United States Code, Sections 1956(a)(2)(A) and 2 – Conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce;

- Counts 20 & 22: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2 – Possession with intent to distribute specified quantities of various controlled substances (see attached).

The maximum penalties are as follows:

Counts 1 through 15, 18, 19 & 21: (per count)

- Prison: Mandatory minimum 10 years; maximum life
- Supervised Release: Minimum 5 years; maximum life
- Fine: Maximum $10,000,000

Counts 16 & 17: (per count)

- Prison: Maximum 20 years
- Supervised Release: Maximum 3 years
- Fine: Maximum $500,000

Counts 20 & 22: (per count)

- Prison: Mandatory minimum 5 years; maximum 40 years
- Supervised Release: Minimum 4 years; maximum life
- Fine: Maximum $5,000,000

Forfeiture

Money Judgment

Potential Deportation

Mandatory and discretionary denial of federal benefits upon conviction of drug offenses,

pursuant to 21 U.S.C. §§ 862 and 862a.


Respectfully Submitted,

STEPHANIE M. HINDS
UNITED STATES ATTORNEY

Date:  January 17, 2023                          /s/
                                                 E. WISTAR WILSON
                                                 Special Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.** |
| | § | |
| **IVAN ORNELAS-PIO** | § | |
| **also known as "Chino"** | § | |
| **also known as "Tio"** | § | |
| **also known as "Titi"** | § | |



## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

## Count One

From on or about March 2018, to on or about the date of this indictment, in the Southern

District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**



did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about April 3, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**



did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 5 kilograms or more, that is, approximately 19.93 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Three

On or about May 23, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**



did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 5 kilograms or more, that is, approximately 15.01 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## **Count Four**

On or about May 23, 2018, in the Southern District of Texas and within the jurisdiction

of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**



did knowingly and intentionally possess with intent to distribute a controlled substance.  The

controlled substance involved was 1 kilogram or more, that is, approximately 2.97 kilograms of a

mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title

18, United States Code, Section 2.

## **Count Five**

On or about May 31, 2018, in the Southern District of Texas and within the jurisdiction

of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**



did knowingly and intentionally possess with intent to distribute a controlled substance.  The

controlled substance involved was 5 kilograms or more, that is, approximately 10 kilograms of a

mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## **Count Six**

On or about July 24, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

███████████████████████

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 500 grams or more, that is, approximately 60 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## **Count Seven**

From on or about October 11, 2018, to on or about October 19, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

███████████████████████

████████████████

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 36.96 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Eight

On or about July 24, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 19.85 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Nine

On or about July 24, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**IVAN ORNELAS-PIO**
**also known as "Chino"**

**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 1 kilogram or more, that is, approximately 4.06 kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Ten

On or about July 31, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 500 grams or more, that is, approximately 24.80 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Eleven

On or about October 2, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**

**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 5 kilograms or more, that is, approximately 24.5 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Twelve

On or about October 2, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 1 kilogram or more, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Thirteen

On or about December 16, 2019, to on or about the date of this indictment in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The

controlled substance involved was 500 grams or more, that is, approximately 61.5 kilograms of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title

18, United States Code, Section 2.

## Count Fourteen

On or about March 2, 2020, in the Southern District of Texas and within the jurisdiction

of the Court, defendant,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The

controlled substance involved was 500 grams or more, that is, approximately 56.09 kilograms of

a mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title

18, United States Code, Section 2.

## Count Fifteen

On or about March 25, 2020, in the Southern District of Texas and within the jurisdiction

of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 37 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

#### Count Sixteen

On or about April 1, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did transport, transmit and transfer and attempt to transport, transmit and transfer a monetary instruments and funds, that is, approximately $44,400.00 in United States Currency, from a place in the United States, that is Dallas, Texas to a place outside the United States, that is the United Mexican States, with the intent to promote the carrying on of specified unlawful activity, that is the distribution of a controlled substance.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

### Count Seventeen

On or about April 30, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**



did transport, transmit and transfer and attempt to transport, transmit and transfer a monetary instruments and funds, that is, approximately $19,000.00 in United States Currency, from a place in the United States, that is San Manual, Texas to a place outside the United States, that is the United Mexican States, with the intent to promote the carrying on of specified unlawful activity, that is the distribution of a controlled substance.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

### Count Eighteen

On or about May 13, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 18.57 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Nineteen

On or about September 22, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**



did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 1 kilogram or more, that is, approximately 5.2 kilograms of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Twenty

On or about September 22, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**



did knowingly and intentionally possess with intent to distribute a controlled substance. The

controlled substance involved was 500 grams or more, that is, approximately 800 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Twenty-One

On or about November 19, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**

did knowingly and intentionally possess with intent to distribute a controlled substance.  The controlled substance involved was 500 grams or more, that is, approximately 35.92 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Twenty-Two

On or about November 23, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IVAN ORNELAS-PIO**
**also known as "Chino"**
**also known as "Tio"**
**also known as "Titi"**



did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 grams or more, that is, approximately 10 grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE
### (18 U.S.C. § 982(a)(1))

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to the Defendants charged in this Indictment that upon conviction of a violation of Title 18, United States Code, Section 1956, including conspiracy, all property, real and personal, involved in such violation, and all property traceable to such property, is subject to forfeiture.

## MONEY JUDGMENT

Defendants are notified that upon conviction, a money judgment may be imposed equal to the total value of the property subject to forfeiture, for which the Defendants may be jointly and severally liable.

## PROPERTY SUBJECT TO FORFEITURE

Defendants are notified that the property subject to forfeiture includes, but is not limited to, the following personal property:

| Asset No. | Asset | Description (including VIN or account number) |
|---|---|---|
| 1 | $44,400.00 in United States currency | Seized on or about April 1, 2020 |
| 2 | $19,000.00 in United States currency | Seized on or about April 30, 2020 |

| Asset No. | Asset | Description (including VIN or account number) |
|---|---|---|
| 3 | 2917 S. 23rd St. McAllen, Texas 78503 | Casa Linda Heights Lot 5 & S16 Lot 4 Blk 2; Doc. Number 2008.1902418 |

A TRUE BILL

_____

FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY

AO 442 (12/85) Warrant for Arrest

*FBI0# 11284135*

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

### IVAN ORNELAS-PIO
### AKA: CHINO, TIO , TITI

## WARRANT FOR ARREST

## CASE NUMBER: 7:23-CR-0051

**SEALED**

To:   The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest         IVAN ORNELAS-PIO        AKA: CHINO, TIO, TITI

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment     ☐ Information   ☐ Complaint     ☐ Order of Court     ☐ Violation Notice     ☐ Pretrial Release Violation

charging him with (brief description of offense)

**COUNT 1:**  Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and 1 kilogram or more of a mixture or substance containing a detectable amount of heroin. Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

**COUNT 2:**  Possession with the intent to distribute 5 kilograms or more, that is, approximately 19.93 kilograms of a mixture or substance containing a detectable amount of cocaine. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 3:**  Possession with the intent to distribute 5 kilograms or more, that is, approximately 15.01 kilograms of a mixture or substance containing a detectable amount of cocaine. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 4:**  Possession with the intent to distribute 1 kilogram, or more, that is, approximately 2.97 kilograms of a mixture or substance containing a detectable amount of heroin. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 5:**  Possession with the intent to distribute 5 kilograms or more, that is, approximately 10 kilograms of a mixture or substance containing a detectable amount of cocaine. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 6:**  Possession with the intent to distribute 500 grams or more, that is, approximately 60 kilograms of a mixture or substance containing a detectable amount of methamphetamine. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 7:**  Possession with the intent to distribute 500 grams or more, that is, approximately 39.96 kilograms of a mixture or substance containing a detectable amount of methamphetamine. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 8:**  Possession with the intent to distribute 500 grams or more, that is, approximately 19.85 kilograms of a mixture or substance containing a detectable amount of methamphetamine. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 9:**  Possession with the intent to distribute 1 kilogram or more, that is, approximately 4.06 kilograms of a mixture or substance containing a detectable amount of heroin. Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 10:** Possession with the intent to distribute 500 grams or more, that is, approximately 24.80 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2

**COUNT 11:** Possession with the intent to distribute 5 kilograms or more, that is, approximately 24.5 kilograms of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 12:** Possession with the intent to distribute 1 kilogram or more, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of heroin.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 13:** Possession with the intent to distribute 500 grams or more, that is, approximately 61.5 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 14:** Possession with the intent to distribute 500 grams or more, that is, approximately 56.09 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT15:** Possession with the intent to distribute 500 grams or more, that is, approximately 37 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 16:** Conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce.
Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

**COUNT 17:** Conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce.
Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

**COUNT 18:** Possession with the intent to distribute 500 grams or more, that is, approximately 18.57 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 19:** Possession with the intent to distribute 1 kilogram or more, that is, approximately 5.2 kilograms of a mixture or substance containing a detectable amount of heroin.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 20:** Possession with the intent to distribute 500 grams or more, that is, approximately 800 grams of a mixture or substance containing a detectable amount of cocaine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

**COUNT 21:** Possession with the intent to distribute 500 grams or more, that is, approximately 35.92 kilograms of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

**COUNT 22:** Possession with the intent to distribute 5 grams or more, that is, approximately 10 grams of a mixture or substance containing a detectable amount of methamphetamine.
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

in violation of Title _____ United States Code, Section(s) _____

NATHAN OCHSNER,                                    CLERK, U. S. DISTRICT COURT

Name of Issuing Office                             Title of Issuing Officer

                                                   JANUARY 10, 2023 - McAllen, Texas

Signature of Issuing Officer                       Date and Location

Bail fixed at $   NO BOND                     by   NADIA S. MEDRANO, U.S. MAGISTRATE JUDGE

                                                   Name of Judicial Officer

| **RETURN** |
|---|

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |